**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

JONATHAN KENNY,

    Plaintiff,                                      CASE NO. **2:11-cv-14266**

v.

BRACHFELD LAW GROUP, PC,

    Defendant.
_____/

### **PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

    COMES NOW the Plaintiff, JONATHAN KENNY ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, BRACHFELD LAW GROUP, PC ("Defendant"), alleges and affirmatively states as follows:

### **INTRODUCTION**

    1.    Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

    2.    Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

    3.    Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

    4.    Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in St Lucie, St Lucie County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Torrance, California.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. In approximately June 2011, Defendant began placing collection calls to Plaintiff seeking and demanding payment for an alleged debt originally owed to Sears. Upon information and belief, the debt is over 6 years-old and has been charged off.

10. Defendant called on an almost daily basis, multiple times per day.

11. Defendant regularly contacted Plaintiff's telephone lines three to four times per day.

12. Defendant called from its phone numbers of (713) 579-7000.

13. Defendant regularly contacted Plaintiff's dedicated fax line multiple times per day for no other apparent reason but to tie up the line and interfere with Plaintiff's incoming faxes.

14. Defendant threatened to sue Plaintiff regarding the alleged debt unless immediate payment was made.

15. Defendant's employees mocked and ridiculed Plaintiff because of Plaintiff's speech impediment.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

14. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

b) Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

c) Defendant violated §1692e of the FDCPA by engaging in false, deceptive, or misleading representation or means in connection with the collection of the alleged debt by continually contacting Plaintiff after he told defendant to stop contacting him; and

d) Defendant violated §1692e(5) of the FDCPA by threatening to take any action that cannot legally be taken or that was not intended to be taken by threatening to file a lawsuit against Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

15. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

16. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

17. Any other relief that this court deems to be just and proper.

                                  RESPECTFULLY SUBMITTED,

                    By:  /s/ Shireen Hormozdi
                          Shireen Hormozdi
                          Krohn & Moss, Ltd
                          10474 Santa Monica Blvd., Suite 401
                          Los Angeles, CA 90025
                          Phone:  (323) 988-2400 ext. 267
                          Fax:    (866) 802-0021
                          Attorney for Plaintiff
                          FBN: 0882461

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JONATHAN KENNY, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)

Plaintiff, JONATHAN KENNY, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JONATHAN KENNY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 6-20-11

JONATHAN KENNY
Plaintiff