UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

JONATHAN KENNY,

    Plaintiff,                                            CASE NO. 2:11-cv-14266-DLG

v.

BRACHFELD LAW GROUP, PC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JONATHAN KENNY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

   Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                      RESPECTFULLY SUBMITTED,

                                  By:  /s/ Shireen Hormozdi
                                          Shireen Hormozdi
                                          Krohn & Moss, Ltd
                                          10474 Santa Monica Blvd., Suite 401
                                          Los Angeles, CA 90025
                                          Phone:  (323) 988-2400 ext. 267
                                          Fax:    (866) 802-0021
                                          Attorney for Plaintiff
                                          FBN: 0882461

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2011, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system. A copy of said Notice was electronically submitted to all counsel of record by way of the CM/ECF System.

                By:  /s/ Shireen Hormozdi
                    Shireen Hormozdi
                    Krohn & Moss, Ltd
                    10474 Santa Monica Blvd., Suite 401
                    Los Angeles, CA 90025
                    Phone:  (323) 988-2400 ext. 267
                    Fax:    (866) 802-0021
                    Attorney for Plaintiff
                    FBN: 0882461