UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION
Case No. 11-14266-CIV-GRAHAM/LYNCH

JONATHAN KENNY,

    Plaintiff,

vs.

BRACHFELD LAW GROUP, P.C.,

    Defendant.
_____/



## NOTICE OF COURT PRACTICE UPON
## NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon the Notice of Settlement. [D.E. 20]. Based thereon,

**THE PARTIES** are hereby notified that, within fourteen (14) days from the date of the entry of this Order, the parties must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of January, 2012.

                                        s/ Donald L. Graham
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

cc: Counsel of record